**No. 48862.**—Protest 98930–K of Chr. Bjelland & Co., Inc. (New York).

Opinion by Keefe, J. Two letters were received in evidence on behalf of the plaintiff and the collector's letter on behalf of the Government. The latter disclosed that the missing 6 bundles were reported by the discharging inspector as "manifested not found," indicating to the collector that the 6 bundles were not found for delivery and that the liquidator "presumed" the 6 bundles were landed. Consequently no allowance in duties was made therefor. The court was of the opinion that the evidence submitted clearly supported the importer's

contention that the 6 bundles of anchovies were not landed in the United States. In accordance therewith the collector was directed to reliquidate, refunding duty upon the 12 cases of anchovies.